# Exhibit D



**AIG Property and Casualty**
PO Box 25588
Shawnee Mission, KS 66225
www.aig.com

**Tracy P. Bontrager**
Director, Complex Claims
AIG Claims, Inc.
T  913-752-4286
F  866-419-7180
Tracy.bontrager@aig.com

10/09/15

Mr. Eric Mohlenhoff
Essential Ingredients, Inc.
2408 Tech Center Pkwy # 200
Lawrenceville, GA  30043-1361

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

| | |
|---|---|
| Case caption: | Christopher Mitchell v Curtis and Nicole Kaiser; Auto Club Property Casualty Insurance Co; Losore Packaging, Inc; Ashland Oil, Inc. Berlin Packaging, LLC; Plastic Bottle Corp; CKS Packaging, Inc.; Essential Ingredients, Inc. |
| Insured: | Essential Ingredients, Inc. |
| Policy #: | 13823866 |
| Claim #: | 3148669105us |

Dear: Mr. Mohlenhoff:

AIG Claims, Inc. is the claims administrator handling claims arising under insurance policy number EG 13823866 issued to Essential Ingredients, Inc. by Chartis Specialty Insurance Company.  Please be advised that I am the adjuster handling this claim and all future correspondence should be directed to my attention.  The purpose of this letter is to advise you of our position with respect to coverage for the subject claim.

We value you as a customer and appreciate your business; however, we must inform you that there is no coverage under the policy captioned above for the claims presented as more fully discussed below.  **We will continue to pay for your defense for 30 days from the date of this letter.  We will not pay for any legal defense costs or fees for legal work incurred after 30 days from the date of this letter.**

After you have reviewed the letter, if there is additional information you would like us to consider please forward me same. Also, if you have any questions about the letter, please contact me.



In considering your request for coverage, we have carefully reviewed the insurance policy referenced above, as well as the allegations asserted. No other policies were considered. If you assert a right to coverage under another policy issued by any other member company of AIG Property Casualty, Inc., please submit notice pursuant to the notice provisions contained in that policy.

Based on the information we have received to date, the following sets forth a summary of the allegations made by Plaintiff Christopher Mitchell in the First Amended Complaint. On 7/13/14, Plaintiff was at the home of co-defendants Curtis and Nicole Kaiser. He alleges that Nicole Kaiser poured pourable eco-gel fuel into a burning decorative firepot. The gel fuel ignited and exploded, causing a torch like flame to engulf Plaintiff, who was severally burned. The gel fuel burns clean with no visible smoke or ash, which makes the gel fuel fires difficult to see.

Plaintiff alleges that the ingredients in the gel fuel include Ethyl Alcohol and Klucel, a gelling agent. Essential Ingredients distributed the Klucel to the manufacturers of the gel fuel.

Plaintiff alleges that Essential Ingredients knew that Klucel should be kept away from heat, flame, sparks and other ignition sources, and knew or reasonably should have known of the dangers arising from the use of Klucel in ethanol based fuels. Yet, Essential Ingredients specifically recommended and distributed Klucel to gel fuel manufacturers to use as a gelling agent in the gel fuel, and did not warn of the foreseeable dangers arising from the use of Klucel in the gel fuel, or inform consumers of the facts which make the Klucel likely to become dangerous.

Chartis Specialty Insurance Company issued a Commercial General Liability and Pollution Legal Liability policy under no. 13823866, effective from 09/14/13 to 09/14/14. **Attached to this letter as Exhibit 1 are the relevant policy provisions for convenient review.** Kindly refer to the policy for its complete terms and conditions.

The policy contains five Insuring Agreements:
    Coverage A - Bodily Injury and Property Damage Liability;
    Coverage B - Personal and Advertising Injury Liability;
    Coverage C - Medical Payments;
    Coverage D - Pollution Legal Liability;
    Coverage E - Additional Pollution Legal Liability

Coverages B, C, D and E clearly do not apply to the allegations contained in the Complaint. If you disagree and would like us to explain why those provisions provide no coverage for this lawsuit, please let us know and we will be happy to provide an explanation.



Coverage A of the Policy provides liability coverage to an insured for third party claims of damages because of "bodily injury" and "property damage" occurring during the policy period if caused by an "occurrence," and if no exclusions or conditions preclude coverage.

Endorsement # 11 of the Policy, the Exclusion - Designated Products Endorsement, excludes "bodily injury" or "property damage" arising out of Klucel, Fuel Gel, Fire Gel or any similar product designed to burn that incorporates your product.  There is no coverage under Coverage A of the Policy for this lawsuit for this reason.

Based upon the facts presented, and the policy terms and provisions, we must regrettably disclaim coverage for the claims presented.  This letter is not intended to be exhaustive or exclusive, but under the circumstances and facts as outlined above, and in light of the various definitions, exclusions and conditions contained within your policy, we must respectfully advise you that Chartis Specialty Insurance Company **will continue to pay for your defense for 30 days from the date of this letter.  We will not pay for any legal defense costs or fees for legal work incurred after 30 days from the date of this letter, nor indemnify you for any settlement, verdict or judgment awarded as a result of this claim.**

Chartis Specialty Insurance Company's coverage position is based on the information presently available to us. This letter is not, and should not be construed as, a waiver of any terms, conditions, exclusions or other provisions of the Policy, or any other policies of insurance issued by Chartis Specialty Insurance Company or any of its affiliates. Chartis Specialty Insurance Company expressly reserves all of its rights under the Policy, including the right to assert additional defenses to any claims for coverage, if subsequent information indicates that such action is warranted.

Should you have any additional information that you feel either would cause us to review our position or would assist us in our investigation or determination, we ask that you advise us as soon as possible.  Also, if you are served with any additional demands or amended complaints or pleadings, please forward them to us immediately, so that we can review our coverage position.

If you have any other insurance policies, which may respond to this claim asserted, you should notify that carrier immediately.

In closing, allow me to reiterate that we value you as a customer and encourage you to contact us should you have any questions or concerns regarding the contents of this letter. Thank you for your cooperation in this matter.



Sincerely,

Tracy P. Bontrager
Director, Complex Claims


cc: Prichard & Jerden Inc.
    3565 Piedmont Rd
    Bldg. 3 # 700
    Atlanta, GA  30305-4606



EXHIBIT 1

**SECTION I – COVERAGES**
COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY
**1. Insuring Agreement:**
   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies. We will have the right and duty to defend the insured against any suit seeking those damages. However, we will have no duty to defend the insured against any suit seeking damages for bodily injury or property damage to which this insurance does not apply. We may, at our discretion, investigate any occurrence and settle any claim or suit that may result.  But
      (1) The amount we will pay for damages is limited as described in Section III- Limits of Insurance and Deductible; and
      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B, medical expense under Coverage C, or loss under   Coverage D or E.

 b. This insurance applies to "bodily injury" and property damage" only if"
    (1)   The bodily injury or property damage is caused by an occurrence that takes place in the coverage territory; and
  (2)   The bodily injury or property damage occurs during the policy period; and
  (3) Prior to the policy period, no insured listed under Paragraph 1 of SECTION II-WHO IS AN
INSURED and no employee authorized by your to give or receive notice of an occurrence of claim, knew that the bodily injury or property damage had occurred, in whole or in part. If such a listed insured or authorized employee knew, prior to the policy  period, that the bodily injury or property damage occurred, then any continuation, change or resumption of such bodily injury or property damage during or after the policy period will be deemed to have been known prior to the policy period.

 c. Bodily injury or property damage which occurs during the policy period and was   not, prior to the policy period, known to have occurred by any  insured listed under Paragraph 1. of SECTION II - WHO IS AN  INSURED or any employee authorized by you    to give or receive notice of an occurrence or claim, includes any continuation, change   or resumption of that bodily injury or property   damage after the end of the  policy period.

 d. Bodily injury or property damage will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of SECTION II - WHO IS AN INSURED or any employee



authorized by you to give   or receive notice of an occurrence or claim:
(1) Reports all, or any part, of the bodily injury or property damage to us or any other insurer;
(2)  Receives a written or verbal demand or claim for damages because of the bodily injury or property damage; or
(3)  Becomes aware by any other means that bodily injury or property damage has occurred or has begun to occur.

e. Damages because of bodily injury include damages claimed by any person or organization for care, loss of services or death resulting at any time from the bodily injury.

\*\*\*

**SECTION VI – Definitions**

3.  "Bodily injury" means bodily injury, physical injury, sickness or disease, mental anguish sustained by a person including death resulting from any of these.

29.  "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

33.  Products - completed operations hazard:
   a. Includes all bodily injury, property damage or environmental damage occurring away from premises you own or rent and arising out of your product or your work except:
   (1)  Products that are still in your physical possession; or
   (2)  Work that has not yet been completed or abandoned. However, your work will be deemed completed at the earliest of the following times:
    (a)  When all of the work called for in your contract has been completed;
    (b)  When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site;
    (c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project. Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as   completed.
   b.  Does not include bodily injury, property damage or environmental damage arising out of:



   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the loading or unloading of that vehicle by any insured;
  (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

35. "Property damage" means"
   a. physical damage to tangible property including all resulting loss o use of that property. All such loss of use shall be deemed to occur at the time the physical injury that caused it
   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence that caused it.

44. Your product means:
   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or dispersed by:
     (1) You:
     (2) Others trading under your name; or
     (3) A person or organization whose business or assets you Have acquired; and
   b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products
  Your product includes:
  a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of your product; and
  b. The providing of or failure to provide warnings or instructions.

45. Your work means:
   a. Work or operations performed by you or on your behalf; and
   b. Materials, parts or equipment furnished in connection with such work or operations.
   Your work includes:
  a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of your work; and
  b. The providing of or failure to provide warnings or instructions

**Endorsement No 11:**

EXCLUSION-DESIGNATED PRODUCTS ENDORSEMENT

This endorsement modified insurance provided under the following:
Commercial General Liability and Pollution Legal Liability Coverage Form

It is hereby agreed as follows:



I. SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY Paragraph
2. Exclusions are amended by the addition of the following exclusion:

Designated Products

Bodily injury or property damage included in the products-completed operations hazard and arising out of any of your products shown in the Schedule below in this endorsement.

II. SECTION I - COVERAGES, COVERAGE E - ADDITIONAL POLLUTION LEGAL LIABILITY is amended by the addition of the following exclusion:

Designated Products:

Solely with respect to COVERAGE E-2 PRODUCTS POLLUTION AND EXPOSURE LIABILITY, bodily injury, property damage, environmental damage or emergency response costs included in the products-completed operations hazard and arising out of any of your products shown in the Schedule below in this endorsement:

SCHEDULE
Designated Products:

Klucel, Fuel Gel, Fire Gel, or any similar product designed to burn that incorporates your product.