UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY f/k/a Chartis Specialty Insurance Company, an Illinois Corporation, | ) ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 1:16-CV-994 |
| ESSENTIAL INGREDIENTS, INC. a Georgia Corporation, | ) ) ) | |
| Defendant. | ) | |

_____

**Defendant Essential Ingredients, Inc.'s**
**Motion to Dismiss For Failure to Join an Indispensable Party**
_____

Defendant Essential Ingredients, Inc. ("Essential") hereby moves this Court, under Federal Rule of Civil Procedure 12(b)(7), to dismiss Plaintiff's claims against it on the ground that, in this declaratory judgment action, the tort claimant in the Underlying Action is a necessary and indispensable party who has not been joined. In support of this motion, Defendant Essential relies on the facts and legal authority set forth in the accompanying Memorandum in Support.

Respectfully submitted this 19th day of October, 2016.

[Signature next page.]

FRIEND, HUDAK & HARRIS, LLP

/s/ Michael S. Reeves

_____

MICHAEL S. REEVES
Georgia Bar No. 598375
BENJAMIN M. BYRD
Georgia Bar No. 141216
Attorneys for Defendant

Three Ravinia Drive, Suite 1700
Atlanta, Georgia 30346-2117
(770) 399-9500
(770) 395-0000 (FAX)
mreeves@fh2.com
bbyrd@fh2.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY f/k/a Chartis Specialty Insurance Company, an Illinois Corporation, | ) ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 1:16-CV-994 |
| ESSENTIAL INGREDIENTS, INC. a Georgia Corporation, | ) ) ) | |
| Defendant. | ) | |

_____

**CERTIFICATE OF SERVICE**
_____

The undersigned certifies that on this day he served a copy of the foregoing **Defendant Essential Ingredients, Inc.'s Motion To Dismiss** by filing a copy with the Court's CM/ECF system, which will automatically serve a copy on all counsel of record:

>Christopher B. Freeman,
>Meredith W. Caiafa,
>CARLTON FIELDS JORDEN BURT, P.A.
>1201 West Peachtree Street, Suite 3000
>Atlanta, Georgia 30309-3455
>cfreeman@carltonfields.com
>mcaiafa@carltonfields.com
>Attorneys for Plaintiff AIG Specialty

This 19th day of October, 2016.

        FRIEND, HUDAK & HARRIS, LLP

        /s/ Michael S. Reeves
        _____
        MICHAEL S. REEVES
        Georgia Bar No. 598375
        BENJAMIN M. BYRD
        Georgia Bar No. 141216
        *Attorneys for Plaintiff*

Three Ravinia Drive, Suite 1700
Atlanta, Georgia 30346-2117
Telephone:  (770) 399-9500
Facsimile:   (770) 395-0000
mreeves@fh2.com
bbyrd@fh2.com